Robert Moore

v.s

Core Civic and,
Trinity food Servs.

Cause #: _____

CV25-1020-PHX-ROS-MTM

FILED ✓  ____ LODGE
RECEIVED  ____ COPY

MAR 27 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
____ DEPUT

Deprivation of a Federally Protected
Right 42 U.S.C.S. 1983 Action and,
Eighth Amendment Right Violation

Now comes the Plaintiff Robert Moore to file with the Honorable District Court of Arizona, a violation of his 8th. Amendment U.S. Constitutional Right and, the Deprivation of a Federally protected right Under 42 U.S.C.S. 1983. On December 17th 2024, the Plaintiff was diagnosed with an Allergy/Intolerance diet to ground chicken (M.s.c.). The culinary Staff refused to Substitute this Allergen and, continued feeding the Plaintiff this ground chicken knowing it was causing adverse health conditions, for four months, even though the Plaintiff filed 15 Grievances, appeals, and went to Coordinate with Medical Several times trying to Solve this issue. This constitutes Deliberate indifference to Medical needs (Hill vs. Aramark LLC. 2024 U.S. Dist. Lexis 54092) The Culinary Staff Served inadequate meals, this fact proved negligence on behalf of the facilities administrative Staff and incompetence on behalf of the Culinary Staff (Berry vs Aramark Corp. 2020 U.S. District Lexis 11157) The 11th Circuit

Pg 1

District Court have permitted 8th Amendment Claims to proceed when the Defendant's food service Companies did not Comport with a prescribed Medical diet. (Quoting Johnson vs Aremark Corp 2022 U.S. Dist. Lexis 247771) Which is Deliberate Indifference to his health and Safety. Also It violates three of his basic 4 Protections guaranteed to ALL inmates in the U.S. which are:

1) clothing
2) reasonable safety
3) Medical Care and
4) Food

Therefore the Plaintiff declares there is no remedy at law.

Respectfully
Submitted

Robert L. Moore
#413295-10
C.A.F.C.C.
P.O. BOX 6300
Florence, AZ
85132

Pg 2

Robert Moore
    Vs
Core Civic and,
Trinity food servs.

Cause # _____

_____

## Affirmation of Service

I Robert L. Moore affirm that all the declarations are true to the best of my knowledge.

Respectfully
Submitted

Robert L. Moore
# 4132950
C. A. F. C. C.
P.O. Box 6300
Florence, Az
85132