MDR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Robert Moore,

Plaintiff,

v.

CoreCivic, et al.,

Defendants.

No.    CV-25-01020-PHX-ROS (MTM)

**ORDER FOR PAYMENT**

**OF INMATE FILING FEE**

**TO: THE WARDEN OF CORECIVIC'S CENTRAL ARIZONA FLORENCE CORRECTIONAL COMPLEX**

Plaintiff Robert Moore, inmate #41329510, who is confined in CoreCivic's Central Arizona Florence Correctional Complex, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $32.64. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Warden of CoreCivic's Central Arizona Florence Correctional Complex or his/her designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)    The Warden of CoreCivic's Central Arizona Florence Correctional Complex or his/her designee must forward to the Clerk of Court the initial partial filing fee of $32.64. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account.

Payments must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2)    The Warden of CoreCivic's Central Arizona Florence Correctional Complex or his/her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than CoreCivic's Central Arizona Florence Correctional Complex, so new billing arrangements may be made to collect any outstanding balance.

(3)    The Clerk of Court must serve by mail a copy of this Order on the Warden of CoreCivic's Central Arizona Florence Correctional Complex, 1155 North Pinal Parkway, Florence, Arizona 85132.

(4)    The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

Dated this 25th day of August, 2025.

_____
Honorable Roslyn O. Silver
Senior United States District Judge